UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAMEKA RILEY**                                                                                    **PLAINTIFF**

vs.                                            **CASE NO. 4:10-CV-00326 GTE**

**REGENT ASSET MANAGEMENT**
**SOLUTIONS, INC.**                                                                          **DEFENDANT**

## ORDER GRANTING DEFAULT JUDGMENT

This case is before the Court on Plaintiff Tameka Riley's Motion for Default Judgment, filed on August 13, 2010.  The Court finds that Defendant Regent Asset Management Solutions, Inc. ("Regent") is in default, having failed to file an answer or any response in this action despite having been served with a copy of the Complaint and summons on May 24, 2010.[1]

After a review of the entire record, the Court concludes that Plaintiff is entitled to an award of $2,500 for Defendant's violation of the Fair Debt Collection Practices Act.  It further awards Plaintiff attorney's fees and costs in the amount of $2,414.00.

IT IS THEREFORE ORDERED THAT Plaintiff Tameka Riley's Motion for Default Judgment (docket no. 7) be, and it is hereby, GRANTED.  Judgment will be entered separately.

IT IS SO ORDERED this 27th day of August, 2010.

/s/Garnett Thomas Eisele
G. THOMAS EISELE
UNITED STATES DISTRICT JUDGE

---

[1] The affidavit of service submitted by Riley indicates that a process server personally served a copy of the Complaint and Summons on Lovina Sullivan, Secretary to Regent's C.E.O., at the address of 7290 Samuel Drive, Suite 300, Denver, CO, 80221.  See *Swanson v. Precision Sales and Service, Inc.*, 832 P.2d 1109 (Col. App. 1992) (personal service on secretary of corporate officer and registered agent sufficient).