UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAMEKA RILEY**                                                                                          **PLAINTIFF**

vs.                                      **CASE NO. 4:10-CV-00326 GTE**

**REGENT ASSET MANAGEMENT
SOLUTIONS, INC.**                                                                                **DEFENDANT**

## JUDGMENT

For the reasons stated in the Court's Order entered this date, IT IS HEREBY CONSIDERED, ORDERED, and ADJUDGED that Tameka Riley is hereby entitled to recover from Regent Asset Management Solutions, Inc., the sum of $2,500.00, together with post-judgment interest thereon from this date until paid accruing at the rate of 0.25 % per annum as provided by law. Plaintiff is also awarded attorney's fees in the sum of $2,414.00. The Court retains jurisdiction to award attorney's fees and costs incurred in collecting this Judgment.

IT IS SO ORDERED this 27th day of August, 2010.

  /s/Garnett Thomas Eisele
G. THOMAS EISELE
UNITED STATES DISTRICT JUDGE